IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., | |
| Plaintiff, | Case No. 25-cv-2616 |
| v. | **Judge John J. Tharp Jr.** |
| A2C8GWSOJ90W0O, et al., | **Magistrate Judge Maria Valdez** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 895iorejkgfuio | 18 |
| alfabrakepads | 20 |
| beishenhuan-0 | 23 |
| Car Attachment | 27 |
| CHANGXIAO1028 | 28 |
| CHANGXIAO1120 | 29 |
| clouxee | 32 |
| dancemen | 35 |
| excellent005 | 41 |
| hansanllc | 44 |
| HENZIKON AUTO PARTS (1) | 46 |
| Industrial Control PLC Supply Mall | 53 |
| jgkfio89032 | 56 |
| joyear-parts | 58 |
| red Car modification badge shop | 68 |
| BeihanTshirt | 87 |
| DFFFSHOP | 93 |
| Graphic Grind | 95 |
| Milk Candy Queen | 103 |
| momoteee | 104 |
| UGSLW | 107 |

Dated this 28th day of April 2025.   Respectfully submitted,

<div style="margin-left: 50%;">

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*

</div>